<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

**No. 02-1102**
_____

MYRA R. EDWARDS,

                                        Plaintiff - Appellant,

        versus

UNITED STATES DEPARTMENT OF THE AIR FORCE,
AFBCMR,

                                        Defendant - Appellee.



_____

**No. 02-1103**
_____

MYRA R. EDWARDS,

                                        Plaintiff - Appellant,

        versus

UNITED STATES DEPARTMENT OF THE AIR FORCE;
MALCOLM GROW UNITED STATES AIR FORCE MEDICAL
CENTER,

                                        Defendants - Appellees.

MYRA R. EDWARDS,

                              Plaintiff - Appellant,

        versus


UNITED STATES DEPARTMENT OF THE AIR FORCE,
AFBCMR; MALCOLM GROW UNITED STATES AIR FORCE
MEDICAL CENTER,

                              Defendants - Appellees.



Appeals from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge.  (CA-
95-3115-DKC, CA-97-1533-DKC, CA-98-4190-DKC)


Submitted:  April 18, 2002          Decided:  April 26, 2002


Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Myra R. Edwards, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Myra R. Edwards appeals the district court's orders denying her motion to transfer district court records to the United States Court of Federal Claims and denying her motions for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Edwards v. Department of the Air Force</u>, Nos. CA-98-4190-DKC; CA-97-1533-DKC; CA-95-3115-DKC (D. Md. filed Dec. 10, 2001; entered Dec. 12, 2001; Jan. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>